THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number 137909
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-7423
     Facsimile: (213) 894-7819
email: Keith.Staub@usdoj.gov

Attorneys for Defendants

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIN-SHAN HU<br><br>Plaintiff,<br><br>v.<br><br>JANET NAPOLITANO et al.,<br><br>Defendants. | No. CV 09-1013 R (PLAx) |

**ORDER DISMISSING COMPLAINT**

Order Dismissing Complaint.wpd

IT IS HEREBY ORDERED, as follows:

1. The Court accepts the parties' Joint Stipulation to Dismiss and orders as follows:

2. The Court DISMISSES Plaintiff's action, without prejudice.

3. Each party will bear their own costs, fees and expenses.

Dated: June 8, 2009

_____
HON. MANUEL L. REAL
U.S. DISTRICT COURT JUDGE

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On June 4, 2009, I served **[PROPOSED] ORDER DISMISSING COMPLAINT** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: June 4, 2009. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

Jin-Shan Hu  
750 W. San Jose Avenue, Apt. No. D3  
Claremont, CA 91711

AUSA Brian P. Hudak  
United States Attorney's Office  
555 Fourth Street, N.W.  
Washington, DC 20530

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: June 4, 2009 at Los Angeles, California.

/s/  
Rossana Alvarez